**Order entered December 4, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01370-CV

### IN RE PETER SWART, Relator

**Original Proceeding from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-16-24538**

## ORDER
Before Justices Bridges, Brown, and Boatright

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **LIFT** the Court's November 12, 2018 stay of all trial court proceedings.

/s/    ADA BROWN
       JUSTICE